Jessica L. Cousineau
Oregon Bar Number 012374
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, Texas 78680
Telephone: (512) 323-3200
Fax: (512) 323-3205
Email: jessica.cousineau@mvbalaw.com
***Attorneys for The County of Denton, Texas***

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

**IN RE:** **CASE NO. 26-43805**

**MARIO DEMETRIUS WOODEN**

**DEBTOR** **CHAPTER 7**

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS**

Notice is hereby given that Jessica L. Cousineau, of McCreary, Veselka, Bragg & Allen, P.C., P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for **The County of Denton, Texas** in the above-entitled case and requests that service of notices and other documents be made upon this attorney of record.

Dated: August 31, 2026

Respectfully submitted,

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
*Attorneys for The County of Denton, Texas*

*/s/ Jessica L. Cousineau*
Jessica L. Cousineau
Oregon Bar Number 012374
P.O. Box 1269
Round Rock, Texas 78680-1269
Telephone: (512) 323-3200
Fax: (512) 323-3205
Email: jessica.cousineau@mvbalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to Clayton Everett, 515 E. Border St. Ste 163 76010, Arlington, Texas 76010; Laurie Dahl Rea, ROCHELLE MCCULLOUGH, LLP, 300 Throckmorton St Ste 520, Fort Worth, Texas 76102-2929, and to those parties listed on the Court's Notice of Electronic Filing on August 31, 2026, by CM/ECF Electronic Notification.

*/s/ Jessica L. Cousineau*
Jessica L. Cousineau