IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 26-43805-ELM-7 |
| MARIO WOODEN | § | |
| DEBTOR. | § | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

Please take notice that the undersigned attorney of the firm of Wilcox Law, PLLC represents Mercedes-Benz Vehicle Trust, a creditor and party in interest in these proceedings, and enters an appearance and demand that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the office, post office address, and telephone number set forth below, pursuant to Rule 2002 of the Bankruptcy Rules of Procedure.

This Notice of Appearance shall not be construed as designation of the undersigned attorney as agent for service under Bankruptcy Rules 7004 or 9014(b).

Respectfully submitted,
/s/ Stephen G. Wilcox
Stephen G. Wilcox
State Bar Number 21454300
Wilcox Law, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR MERCEDES-BENZ
VEHICLE TRUST

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Notice of Appearance and Demand for Service of Papers was ELECTRONICALLY FILED on:

Clayton Everett
515 E. Border St., Suite 163
Arlington, TX 76010

Laurie Rea
300 Throckmorton, Suite 520
Fort Worth, TX 76102

Dated on September 2, 2026.

/s/ Stephen G. Wilcox
Stephen G. Wilcox

8323-01826