Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR MERCEDES-BENZ VEHICLE TRUST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MARIO WOODEN, | § | CASE NO. 26-43805-ELM-7 |
| DEBTOR, | § | |
| | § | |
| MERCEDES-BENZ VEHICLE TRUST, | § | |
| MOVANT, | § | |
| | § | |
| VS. | § | |
| | § | A Hearing on the Motion for Relief from |
| MARIO WOODEN, | § | the Automatic Stay set: |
| RESPONDENT. | § | **SEPTEMBER 23, 2026 AT 9:30 AM** |

# **MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Mercedes-Benz Vehicle Trust, ("Mercedes-Benz") complaining of Mario Wooden ("Debtor") and for cause would respectfully show the Court as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 157 and 11 U.S.C. §§ 362 and 365. This is a core proceeding.

2. Mercedes-Benz is a corporation doing business in Texas. Debtor is an individual who may be served at 1505 Abercorn Lane, Savannah, TX 76227.

3. Mercedes-Benz is a lessor of a 2023 Mercedes-Benz S500V4, Vehicle Identification No. W1K6G6DB8PA206567 (“Leased Vehicle”) to Debtor.

4. The Lease was accelerated and terminated prior to the filing of the Petition.

5. The Leased Vehicle is listed as a surrender on the Statement of Intention.

6. But for the automatic stay, Mercedes-Benz could and would repossess the Leased Vehicle it leases to Debtor.

7. Mercedes-Benz does not have and Debtor is not able to offer adequate protection of Mercedes-Benz's interest in the Leased Vehicle.

8. Debtor has no equity in the Leased Vehicle.

9. The Leased Vehicle and it is not necessary for an effective reorganization.

10. Further cause may exist to terminate the automatic stay if the Leased Vehicle is not properly insured. Mercedes-Benz does not have proof of current insurance listing Mercedes-Benz.

11. Because the Leased Vehicle described herein depreciates and may not be insured, any Order either terminating or conditioning the automatic stay should be effective immediately and there should be no stay of the Order for fourteen days after the entry of the Order.

WHEREFORE, PREMISES CONSIDERED, Mercedes-Benz Vehicle Trust prays for:

1. An Order of this Court granting Mercedes-Benz relief from the automatic stay imposed pursuant to 11 U.S.C. § 362;

2. An Order of this Court authorizing Mercedes-Benz to exercise its state law rights with regard to the Leased Vehicle;

4. An Order of this Court finding that any Order entered with regard to this Motion should be effective immediately upon its entry and should not be stayed for fourteen days following the entry of said Order; and

5. For such other and further relief, both general and specific, to which Mercedes-Benz may show itself justly entitled.

Respectfully submitted,

/s/ Stephen G. Wilcox
Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR MERCEDES-BENZ
VEHICLE TRUST

**NOTICE REGARDING REQUIRED ANSWER**

**PURSUANT TO LOCAL BANKRUPTCY RULE 4001-1(b), A RESPONSE IS REQUIRED TO THIS MOTION, OR THE ALLEGATIONS IN THE MOTION MAY BE DEEMED ADMITTED, AND AN ORDER GRANTING THE RELIEF SOUGHT MAY BE ENTERED BY DEFAULT.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT ELDON B. MAHON U.S. COURTHOUSE, 501 W. 10TH ST., FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS OF SEPTEMBER 16, 2026, WHICH IS AT LEAST 14 DAYS FROM THE DATE OF SERVICE HEREOF. A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY**

**AND ANY TRUSTEE OR EXAMINER APPOINTED IN THE CASE. ANY RESPONSE SHALL INCLUDE A DETAILED AND COMPREHENSIVE STATEMENT AS TO HOW THE MOVANT CAN BE "ADEQUATELY PROTECTED" IF THE STAY IS TO BE CONTINUED.**

## CERTIFICATE OF CONFERENCE

I, the undersigned, hereby certify that prior to the filing of this Motion, I did the following:
My office contacted the Chapter 7 Trustee and was advised there was no opposition to the Motion.

/s/ Stephen G. Wilcox
Stephen G. Wilcox

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion for Relief from the Automatic Stay was served FIRST CLASS MAIL, POSTAGE PREPAID on:

Mario Wooden
1505 Abercorn Lane
Savannah, TX 76227

and by ELECTRONIC FILING on:

Clayton Everett
515 E. Border St., Suite 163
Arlington, TX 76010

Laurie Rea
300 Throckmorton, Suite 520
Fort Worth, TX 76102

Office of the U.S. Trustee
1100 Commerce, Room 976
Dallas, TX 75242

on September 2, 2026.

/s/ Stephen G. Wilcox
Stephen G. Wilcox

## SUMMARY OF EXHIBITS

1. Motor Vehicle Lease Agreement dated July 22, 2024 on a 2023 Mercedes-Benz S500V4, Vehicle Identification Number W1K6G6DB8PA206567.

2. Certificate of Title on a 2023 Mercedes-Benz S500V4, Vehicle Identification Number W1K6G6DB8PA206567.

3. Notice of Default and Intent to Terminate Motor Vehicle Lease

4. Affidavit of Makala Franklin

*Copies of Exhibits are available by written request to:

Kim Raudry
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006
kraudry@wilcoxlaw.net

8323-01826-644152