Upon sale of this vehicle, the purchaser must apply for a new title within 30 days unless the vehicle is purchased by a dealer. Until a new title is issued, the vehicle record will continue to reflect the owner's name listed on the current title. SEE BACK OF TAB FOR ADDITIONAL INFORMATION.

60802360000290812

000029 - 000471

COLLATERAL TITLE CO.
PO BOX 997545
SACRAMENTO, CA 95899-0685

DETACH HERE

# TEXAS CERTIFICATE OF TITLE

TxDMV

TEXAS DEPARTMENT OF MOTOR VEHICLES

178838815

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| W1K6G6DB8PA206567 | 2023 | MERZ | 4D |

| TITLE/DOCUMENT NUMBER | DATE TITLE ISSUED |
|---|---|
| 05784045517250390 | 08/23/2024 |

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
| S50 | | 4800 | VHZ9354 |

PREVIOUS OWNER
PARK PLACE MOTORCARS DAL DALLAS TX

ODOMETER READING
9447

OWNER
MERCEDES-BENZ VEHICLE TRUST
LESSOR
PO BOX 685
ROANOKE, TX 76262-0685

REMARK(S)
ACTUAL MILEAGE

X ______________________________
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

DATE OF LIEN: 07/22/2024
1ST LIENHOLDER:
COLLATERAL TITLE CO.
PO BOX 997545
SACRAMENTO, CA 95899-0685

1ST LIEN RELEASED ______ DATE

BY ______ AUTHORIZED AGENT

DATE OF LIEN
2ND LIENHOLDER

2ND LIEN RELEASED ______ DATE

BY ______ AUTHORIZED AGENT

DATE OF LIEN
3RD LIENHOLDER

3RD LIEN RELEASED ______ DATE

BY ______ AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

**RIGHTS OF SURVIVORSHIP AGREEMENT**
WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE ______ DATE ______

SIGNATURE ______ DATE ______

SIGNATURE ______ DATE ______

FORM 30-C REV. 05/2016

DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.