84-001-0966 (02/23) TX

# NOTICE OF DEFAULT AND INTENT TO TERMINATE MOTOR VEHICLE LEASE

Mercedes-Benz Financial Services

**Lessee's Name and Address**

Mario Wooden
1505 Abercorn Ln
Savannah, TX 76227-1601

ACCOUNT NUMBER: [redacted]

You have broken your Motor Vehicle Lease Agreement ("Lease") dated 07/22/2024, on the below described "Vehicle".

DESCRIPTION OF THE LEASED VEHICLE IS AS FOLLOWS:

| YEAR | MAKE | MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|
| 2023 | Mercedes-Benz | S500V4 | W1K6G6DB8PA206567 |

**NOTICE OF DEFAULT:** You are late in making your payment(s). We may have accepted late payments in the past. Nevertheless, we demand prompt payment in the future under the terms of your contract:

| | AMOUNT DUE |
|---|---|
| PAST DUE PAYMENT(S): DUE DATE 03/28/2026 | $1,709.83 |
| DUE DATE 02/28/2026 | $1,709.83 |
| DUE DATE 01/28/2026 | $1,709.83 |
| PLUS: LATE CHARGES | $100.00 |
| PLUS: OTHER TAXES, FEES, AND CHARGES | $0.00 |
| THIS TOTAL IS THE **AMOUNT NOW DUE** (not including amounts that become due after the date of this Notice) → | $5,229.49 |

DATE
04/20/2026 is the **LAST DAY FOR PAYMENT** of the **AMOUNT NOW DUE** (above).

**RIGHT TO CURE THE DEFAULT:** You have a right to correct your default by paying us the **AMOUNT NOW DUE** (above) and any other amounts that may become due after the date of this Notice by the **LAST DAY FOR PAYMENT** (above). If you do so, you are no longer in default, and you may continue with the Lease as though you were not in default.

**NOTICE OF INTENT TO TERMINATE:** If you do not cure your default as provided above, we will exercise our rights against you under the law. Our rights include the right to terminate the Lease Agreement and repossess the Vehicle. If we terminate your Lease Agreement and repossess the Vehicle, or the Vehicle is voluntarily surrendered, we will sell the Vehicle and you will owe the early termination amount stated in the Lease. You may be obligated to pay reasonable costs of collection, including, but not limited to, court costs, attorney fees, and collection agency fees.

**INSURANCE AND OTHER PRODUCT RIGHTS:** If we repossess your Vehicle, we may cancel any insurance and/or other similar products that were financed in the Lease. The refund for any unearned premium or charge from the products, if any, will be credited to you.

---

All amounts due stated in this Notice must be paid by the date provided above, regardless of any payment due date described in any subsequent billing statement(s) you may receive.

If you are late again in making your payments, we may exercise our rights without sending you another notice like this one unless another notice is required by law.

If you have questions, please write or call us promptly.

| Mercedes-Benz Financial Services | | |
|---|---|---|
| MAILING ADDRESS<br>P.O. Box 5209, Carol Stream, IL 60197-5209 | | |
| DATE NOTICE MAILED<br>04/06/2026 | BY ITS AGENT (Name and Title)<br>E BLANCO | PHONE NUMBER<br>(800) 984-4455 ext. |

## PROOF OF MAILING

On the date indicated above I sent by ☒ First Class Mail ☐ Certified Mail a copy of the above notice to the person(s) at the address(es) stated in the above notice.

| SIGNATURE | DATE |
|---|---|
| E BLANCO | 04/06/2026 |

Mercedes-Benz Financial Services USA LLC, authorized servicer for Mercedes-Benz Vehicle Trust.

[redacted]