Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR MERCEDES-BENZ VEHICLE TRUST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MARIO WOODEN, | § | CASE NO. 26-43805-ELM-7 |
| DEBTOR, | § | |

**AFFIDAVIT**

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

Before me, the undersigned authority, on this day personally appeared the undersigned Affiant, who being by me duly sworn, on oath stated:

1. "My full name is Makala Franklin."

2. "I am an authorized representative of Mercedes-Benz Vehicle Trust ("Mercedes-Benz") and I have the care, custody and control of all records concerning the account of Mario Wooden. All facts recited herein are within my personal knowledge and are true and correct."

3. "To gain the information necessary to make this affidavit, I have reviewed the account information and file maintained by Mercedes-Benz with respect to the customer. Further, by virtue of my position with Mercedes-Benz, I am knowledgeable about the methods of document preparation by it. The documents identified as business records in this Affidavit are memorandums, reports, records, or data compilations, of acts, events, conditions, or opinions, made at or near the time, by or from information transmitted by a person with knowledge, and are kept in a course of a regularly conducted business activity of Mercedes-Benz, and it was the regular practice of that business activity to make the memorandum, report, record or data compilation."

4. "These records indicate that by virtue of a Motor Vehicle Lease Agreement dated July 22, 2024, and a Certificate of Title, Mercedes-Benz owns and leases a 2023 Mercedes-Benz S500V4, Vehicle Identification Number W1K6G6DB8PA206567 to Debtor. True and correct copies of the Lease and Title are attached hereto as Exhibits "A" and "B" and incorporated herein by reference."

5. "The books and records of Mercedes-Benz indicate that Mercedes-Benz terminated the Lease pre-petition. A true and correct copy of the Notice of Default and Intent to Terminate Motor Vehicle Lease is attached hereto as Exhibit "C" and incorporated herein by reference. Mercedes-Benz has not received current proof of insurance listing Mercedes-Benz as loss payee."

6. "A true and correct copy of the payment history as to the account is attached hereto as Exhibit "D" and incorporated herein by reference."

FURTHER, AFFIANT SAYETH NOT.

Umaka [signature]

Bankruptcy Specialist FOR
MERCEDES-BENZ VEHICLE TRUST

SUBSCRIBED AND SWORN TO BEFORE ME on this the 2nd day of September, 2026.

[signature]

NOTARY PUBLIC IN AND FOR THE
STATE OF TEXAS

My Commission Expires: 2/2/2030

Printed Name: Regina Fuller

REGINA FULLER
Notary Public, State of Texas
Comm. Expires 02-02-2030
Notary ID 132834762

**NOTARY SEAL**

8323-01826-644152

EXHIBIT "A"

DEAL# 846594
CUST# 282190

Mercedes-Benz Financial Services

MB #

# Motor Vehicle Lease Agreement

The First Class Lease®

## Dates

The date of this lease is **07/22/2024**. The scheduled date this lease ends is **07/22/2027** ("Lease End").

The scheduled term of this lease is **36** months ("Lease Term").

## Parties

*Lessor (Dealer):* **PARK PLACE MOTORCARS DALLAS**

Address: **6113 LEMMON AVENUE**
**DALLAS, TX 75209**

*Lessee:* **MARIO DEMETRIUS WOODEN**

*Co-Lessee:* **N/A**

Lessee's Billing Address: **1505 ABERCORN LN**
**SAVANNAH, TX 76227-1601**
**DENTON**
*(Include County)*

*Address of principal garage location, if different from Lessee's Billing Address (no P.O. Box):*

**N/A**

**N/A**
*(Include County)*

**Unless otherwise specified, "lease" refers to this Motor Vehicle Lease Agreement; "vehicle" refers to the vehicle described below; "you", "your", and "yours" refer to the Lessee and any Co-Lessee; "we", "us", and "our" refer to the Lessor and, after the lease is assigned, to Mercedes-Benz Vehicle Trust, or its successors and assigns; "Assignee" refers to Mercedes-Benz Vehicle Trust or its successors and assigns. The "Vehicle Turn-In Fee" is a fee to cover the cost of disposing of the vehicle, commonly referred to as a disposition fee. "Pre-owned" refers to used vehicles. You agree to lease the vehicle from us on the terms and conditions provided for in this lease. The terms and conditions contained in this lease are made on behalf of Lessor and Assignee.**

## Type of Lease

☒ **Standard Lease** ☐ **Single Payment Lease**

If the Single Payment Lease box is checked above, "Monthly Payments" or "First Monthly Payment" are replaced with the words "Single Lease Payment" throughout this lease and the word "Monthly" in section 6.j. on page 2 is deleted.

## Vehicle Information

☐ New ☒ Pre-owned **W1K6G6DB8PA206567** *VIN*

**2023** *Year* **MERCEDES-BENZ** *Make* **S500 4MATIC** *Model*

**4D** *Body Style* **9447** *Odometer Reading*

***Primary Intended Use***

☒ Personal ☐ Business, Commercial, or Agricultural Purposes

If no box is checked, or if the Personal box is checked, you agree to use the vehicle for personal, family or household purposes.

## Electronic Contracting and Signature Acknowledgment

You agree that (i) this lease agreement is an electronic contract executed by you using your electronic signature, (ii) your electronic signature signifies your intent to enter into this contract and that this contract be legally valid and enforceable in accordance with its terms to the same extent as if you had executed this contract using your written signature, and (iii) the authoritative copy of this contract ("Authoritative Copy") shall be that electronic copy that resides in a document management system designated by us for the storage of authoritative copies of electronic records, which shall be deemed held by us in the ordinary course of business. Notwithstanding the foregoing, if the Authoritative Copy is converted by printing a paper copy which is marked by us as the original (the "Paper Contract"), then you acknowledge and agree that (1) your signing of this contract with your electronic signature also constitutes issuance and delivery of such Paper Contract, (2) your electronic signature associated with this contract, when affixed to the Paper Contract, constitutes your legally valid and binding signature on the Paper Contract, and (3) subsequent to such conversion, your obligations will be evidenced by the Paper Contract alone.

101818*1*ABG280-FI 07/22/2024 05:43 pm

©2017 Mercedes-Benz Financial Services USA LLC
EC-001-5414 MU (02/23) All rights reserved



Copy

DEAL# 846594

# Consumer Leasing Act Disclosures

| 1. Amount Due at Lease Signing or Delivery | 2. Monthly Payments | 3. Other Charges (not part of your Monthly Payment) | 4. Total of Payments |
|---|---|---|---|
| (Itemized below)* $ 7084.58 | Your first Monthly Payment of $ 1709.83 is due on 07/22/2024, followed by 35 payments of $ 1709.83 due on the 22nd of each month. The total of your Monthly Payments is $ 61553.88. | a. Vehicle Turn-In Fee (if you do not purchase the vehicle at Lease End) $ 595.00<br>b. N/A $ N/A<br>c. Total $ 595.00 | (The amount you will have paid by the end of the lease) $ 67523.63 |

## *5. Itemization of Amount Due at Lease Signing or Delivery

### a. Amount Due at Lease Signing or Delivery:

| | |
|---|---|
| 1. First Total Monthly Payment (includes sales/use taxes) | $ 1709.83 |
| 2. Capitalized Cost Reduction | + $ 5000.00 |
| 3. Acquisition Fee (if not capitalized) | + $ N/A |
| 4. Sales/Use Taxes | + $ N/A |
| 5. Refundable Security Deposit | + $ N/A |
| 6. Title Fees | + $ 33.00 |
| 7. License Fees | + $ 71.25 |
| 8. Registration Fees | + $ N/A |
| 9. DOC FEE 225.00 / ROAD & BRIDGE (U) 10.00 | + $ 235.00 |
| 10. N/A | + $ N/A |
| 11. INSPECTION FEE (U) 25.50 / DEPUTY FEE (U) 10.00 | $ 35.50 |
| 12. N/A | + $ N/A |
| 13. Total | = $ 7084.58 |

### b. How the Amount Due at Lease Signing or Delivery will be paid:

| | |
|---|---|
| 1. Net Trade-in Allowance | $ N/A |
| 2. Rebates and Noncash Credits | + $ 5000.00 |
| 3. Amount to be Paid in Cash | + $ 2084.58 |
| 4. N/A | + $ N/A |
| 5. Total | = $ 7084.58 |

## 6. Your monthly payment is determined as shown below:

| | | |
|---|---|---|
| a. | **Gross Capitalized Cost:** The agreed upon value of the vehicle ($ 92290.39 ) and any items you pay over the lease term (such as service contracts, insurance, and any outstanding prior credit or lease balance) | $ 116988.35 |
| b. | **Capitalized Cost Reduction:** The amount of any net trade-in allowance, rebate, noncash credit, or cash you pay that reduces the Gross Capitalized Cost | – $ 5000.00 |
| c. | **Adjusted Capitalized Cost:** The amount used in calculating your Base Monthly Payment | = $ 111988.35 |
| d. | **Residual Value:** The value of the vehicle at the end of the lease used in calculating your Base Monthly Payment | – $ 64405.15 |
| e. | **Depreciation and any amortized amounts:** The amount charged for the vehicle's decline in value through normal use and for other items paid over the lease term | = $ 47583.20 |
| f. | **Rent Charge:** The amount charged in addition to the Depreciation and any amortized amounts | + $ 13970.68 |
| g. | **Total of Base Monthly Payments:** The Depreciation and any amortized amounts plus the Rent Charge | = $ 61553.88 |
| h. | **Lease Payments:** The number of payments in your lease | ÷ 36 |
| i. | **Base Monthly Payment** | = $ 1709.83 |
| j. | **Monthly Sales/Use Taxes** | + $ N/A |
| k. | N/A | + $ N/A |
| l. | **Total Monthly Payment** | = $ 1709.83 |

**7. Early Termination.** **You may have to pay a substantial charge if you end this lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the lease is terminated. The earlier you end the lease, the greater this charge is likely to be.**

**8. *Excessive Wear and Use.*** You may be charged for excessive wear based on our standards for normal use and for mileage in excess of 36,000 miles (Mileage Allowance) for the term of this lease, at the rate of $ 0.25 per mile.

**9. *Purchase Option at End of Lease Term.*** You have an option to purchase the vehicle ("as is") at the end of the lease term for $ 64405.15 , **plus** a Purchase Option Fee of $ 150.00 , **plus** a processing fee of $ N/A , **plus** all official fees and taxes. See the Purchase Option section on page 6 of this lease for more information.

**10. *Other Important Terms.*** See your lease documents for additional information on early termination, purchase options, maintenance responsibilities, warranties, late and default charges, insurance, and any security interest, if applicable.

Copy



©2017 Mercedes-Benz Financial Services USA LLC
EC-001-5414 MU (02/23) All rights reserved

## Consumer Leasing Act Disclosures (Continued)

**11. Itemization of Gross Capitalized Cost:**

| | | |
|---|---|---|
| a. Price of Vehicle | $ | 92290.39 |
| b. Approved Dealer Installed Equipment | $ | N/A |
| c. Service Contract | $ | N/A |
| d. Extended Warranty | $ | N/A |
| e. Credit Life and/or Credit Disability Premium | $ | N/A |
| f. Current Year Taxes, Title, Licenses, Registration | $ | N/A |
| g. Acquisition Fee | $ | 795.00 |
| h. Sales/Use Taxes | $ | 2080.65 |
| i. Other Tax (describe) N/A | $ | N/A |
| j. N/A | $ | N/A |
| k. N/A | $ | N/A |
| l. PriorBalance | $ | 21822.31 |
| m. N/A | $ | N/A |
| n. N/A | $ | N/A |
| o. **Total Gross Capitalized Cost** | $ | 116988.35 |

**12. Estimated Official Fees and Taxes.** The total estimated amount you will pay for official fees, license, title and registration fees, and taxes over the term of your lease, whether included with your Monthly Payment or assessed otherwise is $ 4544.55 . This is an estimate and the actual total of Official Fees and Taxes may be higher or lower than this estimate. The actual total of Official Fees and Taxes depends on the rates in effect, the value of the vehicle and the garage location of the vehicle at the time the fees and taxes are assessed. A change in address or a change in tax rates for the garage location will change your lease payment if Monthly Sales/Use Tax is part of your Total Monthly Payment (see Section 6.j).

**13. Mileage Allowance.** The odometer reading in the Vehicle Information section of this lease provides the number of miles existing on the vehicle when you entered this lease ("Existing Miles"). Your Mileage Allowance provided in section 8 refers to miles driven during the Lease Term and does not include the Existing Miles.

If your Mileage Allowance in section 8 on page 2 is greater than 36,000 "Base Mileage Amount", you have chosen to purchase additional miles for your Mileage Allowance determination. If you have purchased additional miles, then at Lease End, except as provided below, you will be eligible for a credit or refund of N/A per mile for any unused additional miles between the Base Mileage Amount and your Mileage Allowance over the term of the lease. You will not receive a refund if the vehicle is destroyed or stolen, you are in default, you purchase the vehicle, or the refund is less than $1.

**14. Missing Records.** If you do not return the vehicle's maintenance booklets as provided in the Maintenance section of this lease, you will owe a missing records fee in the amount of $ N/A .

**15. New and Pre-owned Vehicle Warranty.** If the vehicle is new, it is covered by a standard new vehicle warranty from the manufacturer.

If the vehicle is pre-owned, it is not covered by a warranty unless indicated by a check in the corresponding box below:

- ☐ Remainder of standard new vehicle warranty from manufacturer
- ☐ Pre-owned vehicle warranty from manufacturer
- ☐ Pre-owned warranty from other third-party provider

We assign to you all rights we have under any of these warranties. You acknowledge that you have received a copy of the indicated warranties.

**We lease the vehicle to you "AS IS". EXCEPT AS EXPRESSLY PROVIDED UNDER THIS LEASE, AND UNLESS PROHIBITED BY LAW, WE MAKE NO WARRANTIES OR REPRESENTATIONS, EITHER EXPRESS OR IMPLIED, AS TO THE VEHICLE'S (OR ANY PART OR ACCESSORY THEREOF) CONDITION, MERCHANTABILITY, OR FITNESS FOR ANY PARTICULAR PURPOSE; AND WE MAKE NO OTHER REPRESENTATION OR WARRANTY WHATSOEVER.**


©2017 Mercedes-Benz Financial Services USA LLC
EC-001-5414 MU (02/23) All rights reserved


Copy

## Consumer Leasing Act Disclosures (Continued)

**16. Optional Insurance and Other Products.** You are not required to buy any of the optional insurance or other products listed on this page to enter into this lease, and they are not a factor in our credit decision. These insurance and other products will not be provided unless you are accepted by the provider. By your initials on this page, you agree that you have received a notice of the terms and cost of the insurance or product, and you want to obtain the insurance or product for the premium or charge shown. A portion of the premium or charge shown may be retained by the Lessor (Dealer). These coverages are not provided by the Lessor. You must pursue all matters related to these coverages, including refunds, through the provider. The terms and conditions for these coverages are provided in a separate contract, which you acknowledge that you have received and read.

If the price of these coverages is also included in the Itemization of Gross Capitalized Cost, it will be included in the Base Monthly Payments. If not, you have paid for the coverages in full upon signing this lease.

Unless you receive written notification otherwise, credit life and credit disability insurance end on the original due date of the last payment due under the lease.

☐ **Credit Life Provider:**

N/A

Initial Coverage: $ N/A Premium: $ N/A

Lessee Initials: N/A

Co-Lessee Initials: N/A

☐ **Credit Disability Provider:**

N/A

Maximum Mo. Benefit: $ N/A Premium: $ N/A

Lessee Initials: N/A

Co-Lessee Initials: N/A

☐ **Service Agreement Provider:**

N/A

Coverage is for N/A months or N/A miles, whichever happens first.

Premium or charge: $ N/A

Lessee Initials: N/A

Co-Lessee Initials: N/A

☐ **Extended Warranty Provider:**

N/A

Coverage is for N/A months or N/A miles, whichever happens first.

Premium or charge: $ N/A

Lessee Initials: N/A

Co-Lessee Initials: N/A

## Important Arbitration Disclosures

**The following arbitration provisions significantly affect your rights in any dispute with us. Please read the following disclosures and the arbitration provision that follows carefully before you sign the contract.**

1. If either you or we choose, any dispute between you and us will be decided by arbitration and not in court.
2. If such dispute is arbitrated, you and we will give up the right to a trial by a court or a jury trial.
3. You agree to give up any right you may have to bring a class action lawsuit or class arbitration, or to participate in either as a claimant, and you agree to give up any right you may have to consolidate your arbitration with the arbitration of others.
4. The information that can be obtained in discovery from each other or from third persons in arbitration is generally more limited than in a lawsuit.
5. Other rights that you and/or we would have in court may not be available in arbitration.

Any claim or dispute, whether in contract, tort or otherwise (including any dispute over the interpretation, scope, or validity of this lease, arbitration section or the arbitrability of any issue), between you and us or any of our employees, agents, successors, assigns, or the vehicle distributor, including Mercedes-Benz USA LLC (each a "Third Party Beneficiary"), which arises out of or relates to a credit application, this lease, or any resulting transaction or relationship arising out of this lease (including any such relationship with third parties who do not sign this contract) shall, at the election of either you, us, or a Third Party Beneficiary, be resolved by a neutral, binding arbitration and not by a court action. Any claim or dispute is to be arbitrated on an individual basis and not as a class action. The arbitration shall be administered by the American Arbitration Association, or by any other organization that you may choose, subject to our or a Third Party Beneficiary's approval. You may get a copy of the rules of the American Arbitration Association by visiting its website at www.adr.org.

The arbitrator shall be an attorney or retired judge and shall be selected in accordance with the applicable rules. The arbitrator shall apply the law in deciding the dispute. The arbitration hearing shall be conducted in the federal district in which you reside. If you demand arbitration first, you will pay the claimant's initial arbitration filing fees or case management fees required by the applicable rules up to $125, and we will pay any additional initial filing fee or case management fee. We will pay the whole filing fee or case management fee if we demand arbitration first. We will pay the arbitration costs and fees for the first day of arbitration, up to a maximum of eight hours. The arbitrator shall decide who shall pay any additional costs and fees. Nothing in this paragraph shall prevent you from requesting that the applicable arbitration entity reduce or waive your fees, or that we or a Third Party Beneficiary voluntarily pay an additional share of said fees, based upon your financial circumstances or the nature of your claim.

This lease evidences a transaction involving interstate commerce. Any arbitration under this lease shall be governed by the Federal Arbitration Act (9 USC 1, *et seq.*). Judgment upon the award rendered may be entered in any court having jurisdiction.

Notwithstanding this provision, both you and Lessor and Lessor's successors and assigns retain the right to exercise self-help remedies and to seek provisional remedies from a court, pending final determination of the dispute by the arbitrator. Neither you nor we waive the right to arbitrate by exercising self-help remedies, filing suit, or seeking or obtaining provisional remedies from a court.



©2017 Mercedes-Benz Financial Services USA LLC
EC-001-5414 MU (02/23) All rights reserved

## Important Arbitration Disclosures (Continued)

If any clause within this arbitration section, other than clause 3 or any similar provision dealing with class action, class arbitration or consolidation, is found to be illegal or unenforceable, that clause will be severed from this arbitration section, and the remainder of this arbitration section will be given full force and effect. If any part of clause 3 or any similar provision dealing with class action, class arbitration or consolidation is found to be illegal or unenforceable, then this entire arbitration section will be severed and the remaining provisions of this lease shall be given full force and effect as if the arbitration section of this lease had not been included in this lease. In no event shall an arbitrator be authorized to resolve a claim or dispute or make awards or grant relief exceeding the limitations in clause 3 or any similar provision on class actions, class arbitrations, or consolidation.

## Notices/Signatures

**NOTICE TO LESSEE: (1) DO NOT SIGN THIS AGREEMENT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES. (2) YOU ARE ENTITLED TO A COMPLETELY FILLED IN COPY OF THIS AGREEMENT WHEN YOU SIGN IT.**

### LESSEE

By signing below, you acknowledge that:

This lease is completely filled out;

You have received and read all 9 pages of this lease carefully and agree to all of its terms, **INCLUDING THE IMPORTANT ARBITRATION DISCLOSURES ON PAGE 4 AND ABOVE;**

You have received a completed copy of this lease; and the Lessor may assign all right, title, and interest in this lease, vehicle and Guaranty to anyone.

E-SIGNED by MARIO WOODEN on 2024-07-22 18:05:09 CDT
*Lessee*

**N/A**
*Co-Lessee*

**MARIO DEMETRIUS WOODEN**
*By*

**N/A**
*By*

**N/A**
*Title*

**N/A**
*Title*

*Driver's License Number/State*

**N/A**
*Driver's License Number/State*

### GUARANTY

The Guarantor(s) named below absolutely and unconditionally guarantee(s) payment of all amounts owed under this lease. This means if the lessee(s) fail(s) to pay any money owed, guarantor(s) will pay it. All Guarantors shall be jointly and severally liable and agree that this guaranty shall not be affected by any changes to this lease. Guarantor(s) also agree(s) to be liable for all fees and costs, including attorneys' fees, that the Lessor incurs in enforcing this lease or guaranty.

Guarantor(s) has/have received a completed copy of this lease and guaranty at the time of signing.

**N/A**
*Guarantor*

**N/A**
*Guarantor*

**N/A**
*Print Name*

**N/A**
*Print Name*

**N/A**
*Address*

**N/A**
*Address*

**N/A**
*Address*

**N/A**
*Address*

### LESSOR SIGNATURE AND ASSIGNMENT

By signing below, the Lessor accepts the terms and conditions of this lease. Lessor assigns all right, title and interest to this lease, vehicle and Guaranty to Mercedes-Benz Vehicle Trust, subject to the terms and conditions of Lessor's agreement(s) with Mercedes-Benz Financial Services USA LLC.

E-SIGNED by ALEXIS GOMEZ
on 2024-07-22 18:18:15 CDT
*Lessor*

**FINANCE & INSURANCE MANAGER**
*Title*

**PLEASE REVIEW ALL PAGES OF THIS LEASE FOR ADDITIONAL TERMS AND CONDITIONS.**

Copy

©2017 Mercedes-Benz Financial Services USA LLC
EC-001-5414 MU (02/23) All rights reserved

## *Operation and Maintenance*

**17. Maintenance.** You agree to maintain, service and repair the vehicle with genuine Mercedes-Benz replacement parts according to the manufacturer's recommendations and any applicable warranty. You also agree that bodywork and collision repairs will be performed by authorized Mercedes-Benz collision facilities. You will keep the vehicle in good operating condition and notify us if the vehicle is involved in an accident. You agree to comply with all vehicle recall notices. You agree to pay for all operating costs including, but not limited to gas, oil, inspection and certification fees, fines, towing, and replacement tires. Lessor will not provide maintenance services unless you agree at your option to buy a separate maintenance agreement.

**18. Prohibited Uses of Vehicle.** You agree not to use or allow anyone else to use the vehicle: (a) in a way that violates the law or the terms of your insurance policy or that causes cancellation or suspension of any applicable warranty; and (b) to transport goods or people for pay. You also agree not to take the vehicle outside the United States; however, you may take the vehicle to Canada or Mexico for 30 days or less.

Unless the Primary Intended Use is marked as "Business, Commercial, or Agricultural Purposes", you agree that the vehicle will be used primarily for your own personal, family or household use.

You will not change or modify the vehicle's body or interior in any way unless you first get our written consent. If you add parts to the vehicle that cannot be removed without harming the vehicle's usefulness or value, you understand that these parts become our property. We may inspect the vehicle at any reasonable time.

**You will not assign or sublease any interest in the vehicle or this lease.** You will keep the vehicle and lease free from all liens.

You agree that you and anyone else that uses the vehicle are liable for any injury, death, or damage arising out of the use of the motor vehicle, and that we are not liable for any such injury, death or damage.

## *Insurance*

**19. Vehicle Insurance.** You agree to provide primary insurance coverage as indicated below during the lease and until the vehicle is returned: (a) liability insurance with limits of not less than $100,000 per person for bodily injury, $300,000 per accident for bodily injury and $50,000 per accident for property damage; (b) collision insurance for the actual value of the vehicle and with a deductible no higher than $2,500; (c) comprehensive fire and theft insurance for the actual value of the vehicle and with a deductible no higher than $2,500; and (d) uninsured motorist coverage as required by law in the state where the vehicle is registered. You may obtain insurance from an insurer of your choice that is reasonably acceptable to us. The insurance policy must name Assignee as additional insured and loss payee and you must provide us with a copy of your policy. If you carry excess or umbrella liability insurance, it will include our interest to the extent provided by law. The policy must require the insurance company to notify us at least 30 days in advance of any changes in coverage or cancellation. You will notify us and your insurance company within 24 hours after any damage, loss, theft, seizure, or impoundment of the vehicle. For claims arising under your insurance that concern physical damage to the vehicle, you appoint us your attorney-in-fact to initiate, settle or release the claim. You authorize us to cash or negotiate checks or drafts or other payments received from your insurance company and endorse your name on such items if you are a payee. You also give us a security interest in any money paid under your insurance.

**No physical damage or liability insurance coverage for bodily injury or property damage caused to others is included in this lease.**

**20. Total Vehicle Loss/Gap Waiver.** If the vehicle is subject to a total loss due to collision, destruction or theft, you will pay us the Gap Amount which is the difference between the Early Termination Liability and the insurance proceeds we receive based on the total loss. We agree to waive the Gap Amount if you had the vehicle insurance required by this lease at the time of total loss, in which case you will pay to us the sum of: (a) all unpaid amounts that are due or past due under this lease; **plus** (b) the amount of your insurance deductible; **plus** (c) any other amounts that were subtracted from the vehicle's actual cash value to determine the insurance proceeds we received for the total loss. If this is a single payment lease, you will receive a refund equal to your lease payment divided by your Lease Term (as shown on page 1 of this lease) times the number of months left in this lease at the time of the loss of the vehicle. If you do not have insurance on the vehicle or your insurance company denies part or all of your claim, you will be in default and will pay us the early termination liability set forth in section 23.

This subsection will not apply and you will be in default if you accept a cash-value settlement from your insurance company without first receiving our consent and forwarding any such settlement to us.

## *End of Lease*

**21. Purchase Option.** If you purchase the vehicle at any time, you agree to re-register and re-title the vehicle in your name no later than 30 days from the time you purchase it. If you fail to do so, we reserve the right to cancel the registration.

**a. Scheduled Termination.** At the end of the scheduled Lease Term, you may purchase the vehicle "as is" for the amount set forth in section 9 of this lease plus any lease payments or other amounts due under the lease at the time of termination.

**b. Before Scheduled Termination.** At any time before the scheduled Lease End, you have an option to purchase the vehicle "as is" for the Early Purchase Option Price (described below).

**1) Standard Lease - Early Purchase Option Price.** If this is a Standard Lease as indicated on page 1 of the lease, the Early Purchase Option Price is the sum of: (a) any lease payments or other amounts due under the lease at the time of termination; **plus** (b) all fees and taxes assessed on or billed in connection with this lease or the vehicle; **plus** (c) an amount equal to the Vehicle Turn-In Fee on page 2 of this lease; **plus** (d) the Adjusted Lease Balance (explained below); **plus** (e) 4% of the Adjusted Lease Balance.

The **Adjusted Lease Balance** is calculated by reducing the Adjusted Capitalized Cost each month, on each monthly payment due date, by the difference in the base monthly payment and the part of the rent charge earned in that month calculated on a constant yield basis.



©2017 Mercedes-Benz Financial Services USA LLC
EC-001-5414 MU (02/23) All rights reserved

## End of Lease (Continued)

**2) Single Payment Lease - Early Purchase Option Price.** If this is a Single Payment Lease as indicated on page 1 of this lease, the Early Purchase Option Price is: (a) any lease payments or other amounts due under the lease at the time of termination; **plus** (b) an amount equal to the Vehicle Turn-In Fee on page 2 of this lease; **plus** (c) all fees and taxes assessed on or billed in connection with this lease or the vehicle; **plus** (d) the Residual Value printed on page 2 of this lease; **plus** (e) 4% of the Residual Value; **less** (f) the unearned rent charges you paid calculated on a constant yield basis.

### 22. Return of Vehicle.

**a. Scheduled Termination.** If this lease is not terminated early and you do not purchase the vehicle, you will, at Lease End: (1) return the vehicle to us at the time and place we specify at your expense; (2) complete and sign an odometer statement; (3) pay the following amounts: (a) any amount owed for excess wear and use (explained in section 22.a.2.); **plus** (b) all unpaid amounts that are due or past due under this lease; **plus** (c) the Vehicle Turn-In Fee provided on page 2 of this lease; **plus** (d) any official fees and taxes related to the scheduled termination; **plus** (e) the Missing Records Fee in the amount provided on page 3 of this lease, if any maintenance booklets are not returned with the vehicle. You agree to cooperate in the completion of an inspection of the vehicle, which will be completed prior to, at, or after Lease End. You understand that subsequent inspections, where allowed by law, may result in the identification of additional excess wear and use, for which you will be responsible. You understand that we may engage a third party to conduct the vehicle inspection and to prepare a condition report.

**1) Failure to Return Vehicle.** If, at Lease End, you do not return the vehicle to us or you do not exercise your option to purchase the vehicle, you will be in default and you must pay the purchase price in section 9 unless we agree to an extension in writing. If this is a Standard Lease, as indicated on page 1 of this lease, you will pay an amount equal to your Total Monthly Payment provided on page 2 of this lease for each month, or part thereof, that you retain the vehicle after Lease End until we receive the purchase price, a written extension agreement, or we repossess the vehicle, in which case you will also owe all expenses incurred recovering the vehicle. If this is a Single Payment Lease, as indicated on page 1 of this lease, you will pay an amount equal to the Total Single Payment divided by the Lease Term for each month, or part thereof, that you retain the vehicle after Lease End until we receive the purchase price, a written extension agreement, or we repossess the vehicle, in which case you will also owe all expenses incurred recovering the vehicle. Our acceptance of any lease payments after Lease End does not give you the right to keep the vehicle and it does not mean that we agree to extend this lease.

**2) Standards for Excess Wear and Use.** Unless you are charged an Early Return of Vehicle Charge determined by Calculation A or C in section 22.b. of this lease, if you do not purchase the vehicle, you agree to pay for excess wear and use. Excess wear and use includes a charge for any miles driven in excess of the Mileage Allowance and the estimated cost of repairs to the vehicle that are the result of excess wear and use, whether or not we actually repair the vehicle, except where limited by law. In addition to miles driven in excess of your Mileage Allowance, excess wear and use includes, but is not limited to: (a) damage to the major driveline components (engine, transmission, differential) not covered by warranty; (b) damage to the electrical system or battery; (c) damage to the frame; (d) missing or broken parts, equipment or accessories, including optional factory equipment, keys or remote keyless entry devices, tool kits, or anything else that was in or on the vehicle when you received it; (e) missing tires, tires that are not equivalent in quality and performance to the original tires, tires on each axle that are not the same size, brand, model, type and speed rating, tires that have sidewall plugs, cuts, exposed cords, or are otherwise damaged, tires that have less than 4/32 inch tread; (f) wheels that are scratched, broken, cracked, or otherwise damaged; (g) non-original equipment manufacturer ("OEM") wheels of lesser quality or value than the vehicle's original OEM wheels, including any such non-OEM wheels installed at your request prior to taking delivery of the vehicle at lease inception; (h) OEM wheels modified from the original factory condition, including modifications performed at your request prior to taking delivery of the vehicle at lease inception; (i) damage to the body, fenders, metalwork, lights, trim or paint, including but not limited to dents or rust; (j) damaged or stained dash, floor covers, seats, or any other part of the interior; (k) non-OEM glass, and nonfunctioning, discolored, or broken glass, including, stars, cracks, holes or plugs; (l) failure to maintain the vehicle according to the manufacturer's specifications and as provided for in this lease; (m) after-market alterations made without our consent; (n) water damage; (o) damage that makes the vehicle run in a noisy, rough, or improper way, or that makes the vehicle unsafe or unlawful; (p) paint, covers, coatings or other alterations to the original finish of the vehicle that change all or any part of the vehicle's color or finish from the original color and finish, including any such alteration performed at your request prior to taking delivery of the vehicle at lease inception; and (q) any other damage to the interior or exterior that is beyond ordinary wear and use.

**b. Early Termination by You.** If you are not in default and you do not purchase the vehicle, you may terminate this lease at any time. If you terminate your lease before the Lease End, you must return the vehicle to us and pay your Early Return of Vehicle Charge (described below).

**1) Standard Lease - Early Return of Vehicle Charge.** If this is a Standard Lease, as indicated on page 1 of this lease, your Early Return of Vehicle Charge is determined by Calculation A or Calculation B, below, whichever is less:

**Calculation A:** (1) All unpaid Monthly Payments that have accrued up to the date of termination; **plus** (2) All other unpaid amounts, other than excess wear and use and mileage charges, due under the lease; **plus** (3) All official fees and taxes related to the lease or the vehicle in connection with lease termination; **plus** (4) The Vehicle Turn-In Fee; **plus** (5) Any positive amount determined by subtracting the vehicle's then Fair Market Wholesale Value from the Adjusted Lease Balance; **plus** (6) An early termination fee of 3.15% of the remaining Base Monthly Payments if the Lease Term is 1-59 months or 4.24% of the remaining Base Monthly Payments if the Lease Term is 60 months or more.

**Calculation B:** (1) All Monthly Payments not yet due under the lease; **plus** (2) All unpaid Monthly Payments that have accrued up to the date of termination; **plus** (3) All other unpaid amounts due under the lease; **plus** (4) All official fees and taxes related to the lease or the vehicle in connection with lease termination; **plus** (5) The Vehicle Turn-In Fee; **plus** (6) The amount, if any, for excess wear and use, which includes a charge for excess mileage.

**2) Single Payment Lease - Early Return of Vehicle Charge.** If this is a Single Payment Lease, as indicated on page 1 of this lease, your Early Return of Vehicle Charge is determined by Calculation C or Calculation D, below, whichever is less:

**Calculation C:** (1) All unpaid amounts due under the lease, other than excess wear and use and mileage charges; **plus** (2) All official fees and taxes related to the lease or the vehicle in connection with lease termination; **plus** (3) The Vehicle Turn-In Fee; **plus** (4) Any positive amount determined by subtracting the vehicle's then Fair Market Wholesale Value from the Residual Value; **less** (5) 88.6% of the unearned rent charge calculated on a constant yield basis if the Lease Term is 1-59 months or 85.1% of the unearned rent charge calculated on a constant yield basis if the Lease Term is 60 months or more.

**Calculation D:** (1) All unpaid amounts due under the lease; **plus** (2) All official fees and taxes related to the lease or the vehicle in connection with lease termination; **plus** (3) The Vehicle Turn-In Fee; **plus** (4) The amount, if any, for excess wear and use, which includes a charge for excess mileage.



©2017 Mercedes-Benz Financial Services USA LLC
EC-001-5414 MU (02/23) All rights reserved

## End of Lease (Continued)

**3) Fair Market Wholesale Value.** The Fair Market Wholesale Value will be determined in one of the following ways: (a) in accordance with accepted practices in the automobile industry for determining the wholesale value of used vehicles; (b) by disposing of the vehicle in a commercially reasonable manner; (c) within 10 days of early termination, you may obtain, at your own expense, from an independent third party agreeable to both you and us, a professional appraisal of the wholesale value of the vehicle that could be realized at sale; the appraised value shall be a binding determination of the Fair Market Wholesale Value; (d) if the vehicle is subject to a total loss due to collision, destruction or theft as determined by us, the Fair Market Wholesale Value will equal: (i) the amount of any proceeds we receive from your insurance; **plus** (ii) the amount of our deductible under such insurance if that amount has been paid to us; if there are no insurance proceeds, the Fair Market Wholesale Value will be zero.

### 23. Default.

**a. Early Termination by Us.** We may terminate this lease at any time if you are in default (see section 23.b.), and you must pay us your Early Termination Liability. Your Early Termination Liability equals all expenses related to recovering, obtaining, storing and preparing for sale and selling the vehicle, including, but not limited to, reasonable attorney fees, collection costs, and court costs, to the extent not prohibited by law; **plus:** (1) if this is a Standard Lease as indicated on page 1 of this lease, the amount determined by Calculation A in section 22.b.; or (2) if this is a Single Payment Lease as indicated on page 1 of this lease, the amount determined by Calculation C in section 22.b.

**b. Events of Default.** You will be in default if: (1) you fail to make any payment when due, including any amount required to be paid under the sections of this lease entitled RETURN OF VEHICLE, Scheduled Termination or Early Termination by you; (2) you break any promise or conditions in the lease or any other agreement with us; (3) you fail to maintain required insurance or you do anything that invalidates your required insurance; (4) you fail to return the vehicle as we specify; (5) you gave false or misleading information to us on your credit application or other document; (6) you die, are declared incompetent, become insolvent, a bankruptcy petition is filed by or against you, or you dissolve active business affairs; (7) the vehicle is seized or levied upon by any government or legal process; (8) the vehicle is destroyed, abandoned, stolen or damaged beyond repair; (9) your driver's license expires or is suspended, revoked, or canceled; or (10) anything else happens that we reasonably believe in good faith endangers the vehicle or your ability to pay.

**c. Remedies for Default.** If you are in default, you will owe your Early Termination Liability provided in section 23.a., and we may take any or all of the following actions: (1) terminate this lease and your rights to the vehicle; (2) take possession of the vehicle without prior demand, unless notice or demand is required by law; (3) take reasonable action to prevent the default or our loss; (4) require you to return the vehicle and any related records; (5) make a claim for insurance, service, maintenance or other optional contract benefits or refunds available on your default and apply such amount to the amount you owe under this lease; or (6) use any remedy we have at law or in equity. You agree to reimburse us for any amounts we choose to pay under this lease that you are required to pay, including amounts we pay to cover your default or enforce our right to the vehicle. You agree that in the event we hire an attorney to collect any amount due or enforce any right or remedy under this lease, you shall pay our attorney fees and court costs.

If we take possession of the vehicle as provided in section 23.c.2., we may take any personal property in the vehicle. We will hold the personal property for you for 20 days. If you do not pick up the property within that time, we may dispose of it in any manner.

## Additional Information

**24. Assignment and True Lease.** You understand that this is a true lease and that you do not have equity or other ownership rights in the vehicle unless you purchase it from us. You may not assign, sell, sublease or arrange an assumption of your interests or rights under this lease or in the vehicle without our written permission. You understand that we may assign our rights and obligations under this lease at any time or to anyone, including Mercedes-Benz Vehicle Trust, without first notifying you. You agree and grant us permission to provide information about you, the vehicle or this lease to our affiliates at any time, subject to the terms of the Assignee's Privacy Policy. Lessor and its employees are not agents of Assignee and have no authority to obligate Assignee. Mercedes-Benz Financial Services USA LLC ("**MBFS**"), as the servicing agent for Mercedes-Benz Vehicle Trust, has the power to act on Mercedes-Benz Vehicle Trust's behalf to administer, enforce and defend this lease. You agree to pay all amounts due under this lease to MBFS or as otherwise directed by MBFS.

**25. Late Charges/Returned Payment and Other Fees/Fines, Citations and Toll Charges.** If we do not receive the entire amount of your Monthly Payment within **10** days after it is due, you will pay us a late fee of **$50** or **5%** of the unpaid amount whichever is less. If any check, draft, order, or other payment instrument is returned to us for any reason, or if any authorized electronic debit is not paid, you will pay us a fee of **$25**. You agree to pay all fines, citations and toll charges imposed on the vehicle or its driver. If you do not pay such fines, citations or toll charges and we pay, you will reimburse us and pay us an administration fee of **$25** to the extent permitted by law. Unless prohibited by applicable law, you agree to pay a processing fee in connection with any payment you make to us by authorizing us, or a bill payment service, orally or in writing, to write a check on your behalf, use automated clearing house procedures, or use any other commercially accepted practice to make your payment from your checking or other account. The amount of the processing fee will be the amount you agree to, orally or otherwise, at the time you authorize us or the bill payment service to process your payment.

**26. Indemnification.** You will defend, indemnify and hold harmless Lessor and Assignee from and against any loss and all losses or damages to the vehicle and from all claims, losses, suits, actions, liabilities, costs and expenses (including, but not limited to reasonable attorney fees) related to and/or against the use, operation or condition of the vehicle.

**27. Notices/General.** We will send notices and correspondence to you at the billing address you provided on this lease. If this address or the garage address changes, you will inform us, in writing, within **30** days of the change.

You consent and agree that MBFS and any successors, affiliates, agents or service providers may to the extent permitted by law: (i) monitor and record telephone calls concerning your account to assure quality of service or for other reasons; and (ii) use written, verbal, and electronic means to contact you, including, without limitation, manual calling methods, prerecorded or artificial voice messages, text messages, emails and/or automatic dialing systems. Such means of contact may include use of an email address or any telephone number you provide, now or in the future, including a cellular phone or other wireless device number, regardless of whether you incur charges as a result.

Section headings in this lease are for convenience of reference only and are not part of the lease for any other purpose.

Copy



©2017 Mercedes-Benz Financial Services USA LLC
EC-001-5414 MU (02/23) All rights reserved

## Additional Information (Continued)

**28. Refundable Security Deposit.** The Refundable Security Deposit may be used to pay all amounts that you fail to pay under this lease or to satisfy any remedy for Default. Any portion of the Refundable Security Deposit not applied to amounts that you owe will be returned to you after termination of this lease and our determination that the amounts you owed at the end of this lease have been paid. Even if we have refunded to you all or any portion of the Security Deposit, you are still responsible for amounts due and owing after termination of this lease, such as personal property tax. You may not apply any portion of the Security Deposit to a Monthly Payment. You will not earn interest on the Security Deposit. Any interest or monetary benefit to us which may accrue as a result of our retention of the Security Deposit will neither be paid to you nor applied to reduce your obligations under this lease.

**29. Modification.** Any change to this lease must be in writing and signed by Assignee. However, if permitted by law, extensions, deferrals, or due date changes may be agreed to orally by you and Assignee, and we will send you written confirmation.

**30. Enforceability.** Each person who signs this lease is jointly and severally liable under this lease and for all payments, whether or not we try to collect from the other signers. We do not have to repossess the vehicle to exercise any other rights. We do not give up any of our rights by delaying or failing to exercise them. This lease is subject to the laws of the state where it was signed. This lease is the entire agreement between you and us and is binding on anyone who assumes our interest in it. We are not bound by any statements or representations made by agents or sales people if not contained in this lease. We make no promises regarding any tax benefits to you from leasing. If we waive any provision of this lease or if any provision in this lease is held to be unenforceable, void, illegal or otherwise against applicable law, the other provisions shall survive and be enforceable separately from any voided provisions, unless otherwise provided in this lease.

**31. Delivery.** You accept delivery of the vehicle described in this lease and acknowledge that it is equipped as described, is in good operating order and condition, and has the odometer reading recorded on page 1 of this lease in the Vehicle Information section.

**32. Payment Obligations.** You may not change or stop any lease payments for **any reason**, even if you do not receive an invoice, and even if the vehicle is stolen, destroyed, seized by the government or a court, experiences mechanical problems, or does not satisfactorily perform. If you experience mechanical or other difficulties with the vehicle, you will pursue these issues with the manufacturer.

If any payment received or applied is avoided, set aside, or returned for any reason, including, without limitation, the bankruptcy or insolvency of you or any other payor or person, the indebtedness to which the payment was applied shall for all purposes be deemed to have continued in existence notwithstanding our application of such payment, and the lease shall be enforceable as to that indebtedness as fully as if we had not received or applied the payment.

**33. Taxes, Registration and Titling.** You agree to title, register and license the vehicle in the state in which it is primarily located. You are aware that the vehicle is to be titled in our name. You must request any power of attorney required from us to title, register, or license the vehicle. You agree to promptly pay all title, registration, license, inspection, testing, personal property taxes, and other fees, taxes and charges imposed by government authorities in connection with the vehicle, this lease, or any amounts due or payable arising from this lease. We may pay any or all license, title and registration costs, fees, charges and taxes relating to the vehicle or this lease that you do not pay, and you agree to reimburse us for all such amounts. We have no duty to account to you for the fees, charges, or taxes we pay. You are responsible for any fines, penalties, and/or interest if you do not pay a bill when it is due. If the vehicle is primarily located in a state other than a state that bills you directly for personal property tax, we will invoice you for personal property tax, if applicable, after we have been billed by the taxing authority. During the term of this lease, you agree to pay the invoice amount on or before your next Monthly Payment due date. We may receive some bills after this lease has ended. If this lease has ended, you agree to pay us within 10 days of being invoiced. If the vehicle is primarily located in a state that bills you directly for personal property tax, you will pay the state DIRECTLY for the personal property tax owed on the vehicle. If you do not pay, and we pay the personal property tax, you will reimburse us the cost of the personal property tax and any penalties incurred.

**34. Security Interest.** You grant us a security interest, to the extent permitted by law, in the following, to secure performance of your lease obligations: (1) proceeds of any insurance with respect to the vehicle; (2) proceeds of any optional service, maintenance or other contract purchased with this lease; and (3) any unearned premiums, charges or refunds of any of the foregoing.

The conditions, if any, under which you may cancel any such optional contract are contained in the agreement under which the services or coverage are to be provided. In the event you cancel any such contracts purchased with this lease, you authorize MBFS to receive any refund of unearned premiums or charges on your behalf and apply the refund against the amount you owe under this lease.

**You will not allow any lien or encumbrance to attach to the vehicle**.

If this is a Standard Lease as indicated on page 1 of this lease, Mercedes-Benz Vehicle Trust grants a security interest in the vehicle to Collateral Title Co., as collateral agent, pursuant to the Amended and Restated Collateral Agency Agreement dated as of March 1, 2009.

**35. Power of Attorney.** You appoint us, to the extent permitted by law, through our appointed officer or employee, as your attorney-in-fact to act on your behalf in any insurance/coverage matter relating to the vehicle, including, but not limited to, the power to endorse insurance/coverage proceeds checks or drafts on your behalf; to cancel any Credit Life, Credit Disability, Guaranteed Automotive Protection Coverage, Extended Warranty, or other optional insurance/coverage financed under this lease; and to apply the refunded premium or cost to your outstanding balance if you are in default. Your grant of this power of attorney is coupled with an interest and is irrevocable until all obligations you owe under this lease are paid in full.

**36. Vehicle Location Consent.** Notwithstanding anything in the Terms of Use for the Mercedes me connect Services, Mercedes-Benz mbrace™ Terms of Service, or any other similar agreement or document provided or made available to you in connection with your Mercedes-Benz vehicle, if you are in default, you consent and authorize us and our agents, representatives and affiliates, and any service provider acting on our behalf, to (a) obtain data from the vehicle, including the location of the vehicle, (b) release the data to us, our affiliates and service providers, and (c) use such data for the purpose of locating the vehicle, including with respect to repossession of it. This consent supersedes any deactivation of any Mercedes me connect, mbrace™, or other services.



©2017 Mercedes-Benz Financial Services USA LLC
EC-001-5414 MU (02/23) All rights reserved

EXHIBIT "B"

Upon sale of this vehicle, the purchaser must apply for a new title within 30 days unless the vehicle is purchased by a dealer. Until a new title is issued, the vehicle record will continue to reflect the owner's name listed on the current title. SEE BACK OF TAB FOR ADDITIONAL INFORMATION.

608023600000290812

000029 - 000471

COLLATERAL TITLE CO.
PO BOX 997545
SACRAMENTO, CA 95899-0685

DETACH HERE

# TEXAS CERTIFICATE OF TITLE

TxDMV

TEXAS DEPARTMENT OF MOTOR VEHICLES

178838815

VEHICLE IDENTIFICATION NUMBER: W1K6G6DB8PA206567
YEAR MODEL: 2023
MAKE OF VEHICLE: MERZ
BODY STYLE: 4D

TITLE/DOCUMENT NUMBER: 05784045517250390
DATE TITLE ISSUED: 08/23/2024

MODEL: S50
MFG. CAPACITY IN TONS:
WEIGHT: 4800
LICENSE NUMBER: VHZ9354

PREVIOUS OWNER: PARK PLACE MOTORCARS DAL DALLAS TX
ODOMETER READING: 9447

OWNER:
MERCEDES-BENZ VEHICLE TRUST
LESSOR
PO BOX 685
ROANOKE, TX 76262-0685

REMARK(S): ACTUAL MILEAGE

X ______________________________
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

DATE OF LIEN: 07/22/2024
1ST LIENHOLDER:
COLLATERAL TITLE CO.
PO BOX 997545
SACRAMENTO, CA 95899-0685

1ST LIEN RELEASED ____________ DATE
BY ____________ AUTHORIZED AGENT

DATE OF LIEN
2ND LIENHOLDER

2ND LIEN RELEASED ____________ DATE
BY ____________ AUTHORIZED AGENT

DATE OF LIEN
3RD LIENHOLDER

3RD LIEN RELEASED ____________ DATE
BY ____________ AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

RIGHTS OF SURVIVORSHIP AGREEMENT
WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE ____________ DATE
SIGNATURE ____________ DATE
SIGNATURE ____________ DATE

FORM 30-C REV. 05/2016

DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

EXHIBIT "C"

84-001-0966 (02/23) TX

# NOTICE OF DEFAULT AND INTENT TO TERMINATE MOTOR VEHICLE LEASE

Mercedes-Benz Financial Services

**Lessee's Name and Address**

Mario Wooden
1505 Abercorn Ln
Savannah, TX 76227-1601

ACCOUNT NUMBER: [redacted]

You have broken your Motor Vehicle Lease Agreement ("Lease") dated 07/22/2024, on the below described "Vehicle".

DESCRIPTION OF THE LEASED VEHICLE IS AS FOLLOWS:

| YEAR | MAKE | MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|
| 2023 | Mercedes-Benz | S500V4 | W1K6G6DB8PA206567 |

**NOTICE OF DEFAULT:** You are late in making your payment(s). We may have accepted late payments in the past. Nevertheless, we demand prompt payment in the future under the terms of your contract:

| | | | AMOUNT DUE |
|---|---|---|---|
| PAST DUE PAYMENT(S): | DUE DATE | 03/28/2026 | $1,709.83 |
| | DUE DATE | 02/28/2026 | $1,709.83 |
| | DUE DATE | 01/28/2026 | $1,709.83 |
| PLUS: LATE CHARGES | | | $100.00 |
| PLUS: OTHER TAXES, FEES, AND CHARGES | | | $0.00 |
| THIS TOTAL IS THE **AMOUNT NOW DUE** (not including amounts that become due after the date of this Notice) → | | | $5,229.49 |

DATE
04/20/2026 is the **LAST DAY FOR PAYMENT** of the **AMOUNT NOW DUE** (above).

**RIGHT TO CURE THE DEFAULT:** You have a right to correct your default by paying us the **AMOUNT NOW DUE** (above) and any other amounts that may become due after the date of this Notice by the **LAST DAY FOR PAYMENT** (above). If you do so, you are no longer in default, and you may continue with the Lease as though you were not in default.

**NOTICE OF INTENT TO TERMINATE:** If you do not cure your default as provided above, we will exercise our rights against you under the law. Our rights include the right to terminate the Lease Agreement and repossess the Vehicle. If we terminate your Lease Agreement and repossess the Vehicle, or the Vehicle is voluntarily surrendered, we will sell the Vehicle and you will owe the early termination amount stated in the Lease. You may be obligated to pay reasonable costs of collection, including, but not limited to, court costs, attorney fees, and collection agency fees.

**INSURANCE AND OTHER PRODUCT RIGHTS:** If we repossess your Vehicle, we may cancel any insurance and/or other similar products that were financed in the Lease. The refund for any unearned premium or charge from the products, if any, will be credited to you.

---

All amounts due stated in this Notice must be paid by the date provided above, regardless of any payment due date described in any subsequent billing statement(s) you may receive.

If you are late again in making your payments, we may exercise our rights without sending you another notice like this one unless another notice is required by law.

If you have questions, please write or call us promptly.

| Mercedes-Benz Financial Services | | |
|---|---|---|
| MAILING ADDRESS<br>P.O. Box 5209, Carol Stream, IL 60197-5209 | | |
| DATE NOTICE MAILED<br>04/06/2026 | BY ITS AGENT (Name and Title)<br>E BLANCO | PHONE NUMBER<br>(800) 984-4455 ext. |

**PROOF OF MAILING**

On the date indicated above I sent by ☒ First Class Mail ☐ Certified Mail a copy of the above notice to the person(s) at the address(es) stated in the above notice.

| SIGNATURE | DATE |
|---|---|
| E BLANCO | 04/06/2026 |

Mercedes-Benz Financial Services USA LLC, authorized servicer for Mercedes-Benz Vehicle Trust.

[redacted]

EXHIBIT "D"

Mercedes-Benz

# Payment History

**MARIO WOODEN** **Agreement Number:**

## Payments Applied Towards Current and Future Invoices

| Payment Received Date | Payment Received Amount | Payment Method | Invoice Number | Invoice Due Date | Invoice Charge Type | Payment Applied | Comments |
|---|---|---|---|---|---|---|---|
| 07/22/2024 | $6,709.83 | Paid Via Dealer | 195327899 | 07/22/2024 | Cap Cost Reduction (cash) Op Lse | $5,000.00 | |
| | | | 195327900 | 07/22/2024 | Lease Rental | $1,709.83 | |
| 08/30/2024 | $1,750.00 | MMF ACH | 195725016 | 08/22/2024 | Lease Rental | $1,709.83 | |
| | | | 197003089 | 09/22/2024 | Lease Rental | $40.17 | |
| 10/02/2024 | $1,669.66 | MMF ACH | 197003089 | 09/22/2024 | Lease Rental | $1,669.66 | |
| 11/07/2024 | $1,709.83 | MMF ACH | 198600143 | 10/28/2024 | Lease Rental | $1,709.83 | |
| 12/06/2024 | $1,709.83 | MMF ACH | 199855129 | 11/28/2024 | Lease Rental | $1,709.83 | |
| 01/03/2025 | $1,709.83 | MMF ACH | 201122133 | 12/28/2024 | Lease Rental | $1,709.83 | |
| 02/03/2025 | $1,709.83 | MMF ACH | 202420110 | 01/28/2025 | Lease Rental | $1,709.83 | |
| 03/03/2025 | $1,709.83 | MMF ACH | 203630188 | 02/28/2025 | Lease Rental | $1,709.83 | |
| 04/09/2025 | $1,709.83 | MMF ACH | 204852279 | 03/28/2025 | Lease Rental | $1,709.83 | |
| 05/06/2025 | $1,709.83 | MMF ACH | 206256124 | 04/28/2025 | Lease Rental | $1,709.83 | |
| 06/07/2025 | $1,709.83 | MMF ACH | 207552081 | 05/28/2025 | Lease Rental | $1,709.83 | |
| 07/10/2025 | $1,709.83 | MMF ACH | 208688025 | 06/28/2025 | Lease Rental | $1,709.83 | |
| 08/08/2025 | $1,709.83 | MMF ACH | 209991009 | 07/28/2025 | Lease Rental | $1,709.83 | |
| 09/06/2025 | $1,909.83 | MMF ACH | 206206010 | 04/08/2025 | Late Payment Fee | $50.00 | |
| | | | 209991021 | 07/09/2025 | Late Payment Fee | $50.00 | |
| | | | 211194009 | 08/08/2025 | Late Payment Fee | $50.00 | |
| | | | 211223218 | 08/28/2025 | Lease Rental | $1,709.83 | |
| | | | 212213417 | 09/28/2025 | Lease Rental | $50.00 | |
| 10/02/2025 | $1,659.83 | MMF ACH | 212213417 | 09/28/2025 | Lease Rental | $1,659.83 | |
| 11/19/2025 | $269.30 | GuestPay Credit Card | 214364103 | 10/28/2025 | Deferral Fee | $269.30 | |
| 04/06/2026 | $0.00 | MMF ACH | 217888513 | 01/28/2026 | Lease Rental | $1,709.83 | |
| | | | | | Lease Rental | ($1,709.83) | Returned Item |
| | | | 218788416 | 02/28/2026 | Lease Rental | $1,709.83 | |
| | | | | | Lease Rental | ($1,709.83) | Returned Item |
| | | | 218788417 | 02/08/2026 | Late Payment Fee | $50.00 | |
| | | | | | Late Payment Fee | ($50.00) | Returned Item |

** The highlighted amount in the Payment Applied column above represents payments received by creditor that have not been applied to customer's account as of the date this payment history is provided. The highlighted amount may be applied to customer's future invoice(s). If there is any discrepancy in this payment history and creditor's records or if this payment history contains errors regarding customer's payment history, the balances on creditor's books shall prevail. **

Mercedes-Benz

# Payment History

| Payment Received Date | Payment Received Amount | Payment Method | Invoice Number | Invoice Due Date | Invoice Charge Type | Payment Applied | Comments |
|---|---|---|---|---|---|---|---|
| 04/06/2026 | $0.00 | MMF ACH | 219683394 | 03/28/2026 | Lease Rental | $1,709.83 | |
| | | | | | Lease Rental | ($1,709.83) | Returned Item |
| | | | 219745832 | 03/11/2026 | Late Payment Fee | $50.00 | |
| | | | | | Late Payment Fee | ($50.00) | Returned Item |
| | | | 220626321 | 04/28/2026 | Lease Rental | $1,709.83 | |
| | | | | | Lease Rental | ($1,709.83) | Returned Item |

** The highlighted amount in the Payment Applied column above represents payments received by creditor that have not been applied to customer's account as of the date this payment history is provided. The highlighted amount may be applied to customer's future invoice(s). If there is any discrepancy in this payment history and creditor's records or if this payment history contains errors regarding customer's payment history, the balances on creditor's books shall prevail. **