United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 26-43805-elm |
| Mario Demetrius Wooden | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 03, 2026 | Form ID: BTXN176 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Mario Demetrius Wooden, 1505 Abercorn Lane, Savannah, TX 76227-1601 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Clayton Everett | on behalf of Debtor Mario Demetrius Wooden clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Jessica L Cousineau | on behalf of Creditor The County of Denton Texas jessica.cousineau@mvbalaw.com, juanie.montalvo@mvbalaw.com;karla.alexander@mvbalaw.com |
| Laurie Dahl Rea | trusteelaurierea@gmail.com TX83@ecfcbis.com;tandi.levario@romclaw.com;ecf.alert+ReaTXNB@titlexi.com |
| Stephen Wilcox | on behalf of Creditor Mercedes-Benz Vehicle Trust kraudry@wilcoxlaw.net swilcoxndtx@wilcoxlaw.net;krw77@sbcglobal.net;kraudry@ecf.inforuptcy.com |
| United States Trustee | |

ustpregion06.da.ecf@usdoj.gov

TOTAL: 5

BTXN 176 (rev. 12/24)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Mario Demetrius Wooden | § | Case No.: 26−43805−elm7 |
| | § | Chapter No.: 7 |
| Debtor(s) | § | |

## NOTICE OF REQUIREMENT TO FILE A CERTIFICATE OF COMPLETION FOR COURSE IN PERSONAL FINANCIAL MANAGEMENT

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. § 727). Pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, the debtor(s) must file a certificate of course completion issued by the provider, as described in 11 U.S.C. § 111.*

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that a certificate of course completion issued by the provider must be filed before a discharge can be entered. The certificate of course completion must be filed within 60 days after the first date set for the meeting of creditors under § 341.

Failure to file the certificate of course completion will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the certificate of course completion, the debtor(s) must pay the full reopening fee due for filing the motion.

DATED: 9/2/26

FOR THE COURT:
Stephen J Manz, Clerk of Court

**NOTE: A certificate of course completion issued by the provider must be filed in all individual chapter 13 and chapter 7 cases even if the U.S. Trustee has not approved any credit counseling agency or financial management course for the applicable district. See Rule 1007(b)(7).*