**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO.: 26-43805-elm7** |
| **MARIO DEMETRIUS WOODEN,** | § | **CHAPTER 7** |
| **DEBTOR.** | § | |
| _______________________________/ | § | |
| | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**COMES NOW** Hannah Ackley, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of Newrez LLC d/b/a/ Shellpoint Mortgage Servicing and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 18th day of September 2026.

Respectfully submitted,
/s/Hannah Ackley
Hannah Ackley, Esq.
(TXBN: 036073)
PADGETT LAW GROUP
546 Silicon Dr., Suite 103
Southlake, TX 76092
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Hannah.Ackley@padgettlawgroup.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 18th day of September 2026.

Respectfully submitted,

/s/ Hannah Ackley
Hannah Ackley

**SERVICE LIST (CASE NO. 26-43805-elm7)**

*Debtor*
**Mario Demetrius Wooden**
1505 Abercorn Lane
Savannah, TX 76227

*Attorney*
**Clayton Everett**
515 E. Border St.
Ste 163
76010
Arlington, TX 76010

*Trustee*
**Laurie Dahl Rea**
Rochelle McCullough PLLC
300 Throckmorton, Suite 520
Fort Worth, TX 76102

*U.S. Trustee*
**United States Trustee**
1100 Commerce Street
Room 976
Dallas, TX 75202