Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR MERCEDES-BENZ VEHICLE TRUST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MARIO WOODEN, | § | CASE NO. 26-43805-ELM-7 |
| DEBTOR, | § | |
| | § | |
| MERCEDES-BENZ VEHICLE TRUST, | § | |
| MOVANT, | § | |
| | § | |
| VS. | § | |
| | § | A Hearing on the Motion for Relief from |
| MARIO WOODEN, | § | the Automatic Stay set: |
| RESPONDENT. | § | **SEPTEMBER 23, 2026 AT 9:30 AM** |

# CERTIFICATE OF NON-OBJECTION

I, the undersigned, hereby certify that on September 21, 2026, I reviewed my file and checked the docket in this case through PACER and that no objections or responses were filed to the Motion for Relief from the Automatic Stay filed by Mercedes-Benz Vehicle Trust and that the time to file a response or objection has expired.

DATED September 23, 2026.

Respectfully submitted,

/s/ Stephen G. Wilcox
Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR MERCEDES-BENZ
VEHICLE TRUST

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Certificate of Non-Objection was served by FIRST CLASS MAIL, POSTAGE PRE-PAID on:

Mario Wooden
1505 Abercorn Lane
Savannah, TX 76227

and ELECTRONICALLY on:

Clayton Everett
515 E. Border St., Suite 163
Arlington, TX 76010

Laurie Rea
300 Throckmorton, Suite 520
Fort Worth, TX 76102

Office of the U.S. Trustee
1100 Commerce, Room 976
Dallas, Texas 75242

on September 23, 2026.

/s/ Stephen G. Wilcox
Stephen G. Wilcox

8323-01826-645898