CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 25, 2026**

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MARIO WOODEN, | § | CASE NO. 26-43805-ELM-7 |
| DEBTOR, | § | |
| | § | |
| MERCEDES-BENZ VEHICLE TRUST, | § | |
| MOVANT, | § | |
| | § | |
| VS. | § | |
| | § | |
| MARIO WOODEN, | § | |
| RESPONDENT. | § | |

**ORDER REGARDING THE AUTOMATIC STAY**

There came on for consideration before this Court the Motion for Relief from the Automatic Stay ("Motion") filed by Mercedes-Benz Vehicle Trust ("Mercedes-Benz") complaining of Mario Wooden ("Debtor"). Debtor, although served individually and through his attorney of record with a copy of the Motion, failed to respond. The Trustee, although served with a copy of the Motion, failed to respond. Therefore, the Court finds cause to grant the requested relief by default.

IT IS THEREFORE ORDERED that the automatic stay is modified as to Mercedes-Benz with regard to a 2023 Mercedes-Benz S500V4, Vehicle Identification Number W1K6G6DB8PA206567 and the Lease thereon to allow Mercedes-Benz may exercise its state law rights with regard to the Leased Vehicle and the Lease.

IT IS FURTHER ORDERED that this Order is effective immediately and is not stayed for fourteen days following the entry of this Order.

IT IS SO ORDERED.

### End of Order ###

8323-01826-645898