Certificate Number: 17572-TXN-DE-041611702

Bankruptcy Case Number: 26-43805

17572-TXN-DE-041611702

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 28, 2026, at 12:08 o'clock PM PDT, Mario D Wooden completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date: October 28, 2026

By: /s/Judy Alexander

Name: Judy Alexander

Title: Counselor