IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| In re:<br><br>Mario Demetrius Wooden,<br><br>Debtor | Case No. 26-43805-elm<br><br>Chapter 7 |

**ORDER GRANTING MOTION TO DELAY ENTRY OF DISCHARGE AND TO EXTEND TIME TO FILE REAFFIRMATION AGREEMENT**

Before the Court is the Debtor's Motion to Delay Entry of Discharge and to Extend Time to File Reaffirmation Agreement [ECF No. __]. In the Motion, the Debtor asks the Court to (i) delay entry of discharge for sixty (60) days, until January 29, 2027, and (ii) extend the time to file a reaffirmation agreement between the Debtor and Newrez, LLC through and including January 29, 2027. Under Bankruptcy Rule 4004(c)(2), the Court may defer entry of the discharge order upon motion of the debtor and may defer entry to a date certain. Under Bankruptcy Rule 4008(a), the Court may extend the time to file a reaffirmation agreement at any time. The Court finds that the requested relief is appropriate. In order to administer the bankruptcy case in a just, expeditious, and

consistent manner, the Court will defer entry of discharge to January 29, 2027, and will extend the time to file a reaffirmation agreement through the same date. This delay of entry of discharge is granted without prejudice to secured creditors seeking relief from stay. Upon an additional motion to delay entry of discharge, the Court may grant an additional delay.

IT IS THEREFORE ORDERED that the entry of discharge is delayed until January 29, 2027.

IT IS FURTHER ORDERED that the time to file a reaffirmation agreement between the Debtor and Newrez, LLC under Bankruptcy Rule 4008(a) is extended through and including January 29, 2027.

**# # # End of Order # # #**

Respectfully submitted by:

/s/ Clayton L. Everett
Clayton L. Everett, TX 24065212;
Norred Law, PLLC
515 E. Border St., Arlington, TX 76010
clayton@norredlaw.com
Tel: (817) 704-3984; Fax: 817-524-6686
ATTORNEY FOR DEBTOR